# Court of Appeals
# of the State of Georgia

ATLANTA,  January 22, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0138. DEJESUS NAVARRETTE-MONTANA v. THE STATE.**

The above-referenced case was docketed with this Court on September 8, 2014, and the Appellant's brief was due to be filed on September 29, 2014. *See* Court of Appeals Rule 23 (a). Pursuant to Court of Appeals Rule 23 (a), an Appellant's motion for an extension of time to file a brief must be filed prior to the date that the brief is due or this Court may dismiss the appeal. The Appellant has not yet filed a brief with this Court, and he has not filed a timely motion for an extension to file his brief. Thus, pursuant to Court of Appeals Rule 23 (a), this appeal is *DISMISSED*.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/22/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*